**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF VIRGINIA

Case number *(if known)* _____  Chapter __11__

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **OneSource Community Mental Health Services of Virginia, Inc.** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **81-3544651** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **7806 Forest Hill Ave Richmond, VA 23225** Number, Street, City, State & ZIP Code | **PO Box 74100 Richmond, VA 23236** P.O. Box, Number, Street, City, State & ZIP Code |
| **Richmond City** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)   **www.onesourceofva.org**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **OneSource Community Mental Health Services of Virginia, Inc.**                    Case number (if known) _____
_____ Name

**7.** **Describe debtor's business**   A. Check one:

☑ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. Check all that apply

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.
__6241__

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**   Check one:

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. Check **all** that apply:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor   **OneSource Community Mental Health Services of Virginia, Inc.**        Case number (*if known*) _____

_____Name_____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds** .

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    **OneSource Community Mental Health Services of Virginia, Inc.**    Case number (*if known*) _____

Name

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million      ☐ More than $50 billion

Debtor  **OneSource Community Mental Health Services of Virginia, Inc.**                    Case number (*if known*) _____
        Name

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **October 24, 2024**
              MM / DD / YYYY

**X** **/s/ Stephen A. Parson, Jr.**                    **Stephen A. Parson, Jr.**
    Signature of authorized representative of debtor          Printed name

Title   **CEO**

**18. Signature of attorney**

**X** **/s/ Christopher M. Winslow**              Date   **October 24, 2024**
    Signature of attorney for debtor                      MM / DD / YYYY

**Christopher M. Winslow 76156**
Printed name

**Winslow, McCurry & MacCormac , PLLC**
Firm name

**1324 Sycamore Square**
**Midlothian, VA 23113**
Number, Street, City, State & ZIP Code

Contact phone   **804-423-1382**    Email address   **chris@wmmlegal.com**

**76156 VA**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **OneSource Community Mental Health Services of Virginia, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF VIRGINIA

Case number (if known)  _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 24, 2024**          X **/s/ Stephen A. Parson, Jr.**
                                              Signature of individual signing on behalf of debtor

                                              **Stephen A. Parson, Jr.**
                                              Printed name

                                              **CEO**
                                              Position or relationship to debtor

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | **OneSource Community Mental Health Services of Virginia, Inc.** | |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF VIRGINIA** | |
| Case number (if known): | _____ | |

☐ Check if this is an

amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Bluevine 30 Montgomery St Ste 1400 Jersey City, NJ 07302** | | | | | | **$91,000.00** |
| **Brianna L Taylor 3420 Kilburn Circle Apt 328 Henrico, VA 23233** | | | | | | **$2,737.00** |
| **Faye R. Barner 2838 Amherst Ridge Loop Colonial Heights, VA 23834** | | | | | | **$5,000.00** |
| **Jalay Kennedy 1707 N 28th Street Richmond, VA 23223** | | | | | | **$2,888.31** |
| **Jamica Hughes 7024 Adaline Lane Mechanicsville, VA 23111** | | | | | | **$4,807.69** |
| **Jeffrey L. Cuthbertson 7626 Willow Leaf Place Henrico, VA 23228** | | | | | | **$2,596.16** |
| **Jeremy Matthew Kirk 14943 Featherchase Drive Chesterfield, VA 23832** | | | | | | **$2,692.31** |

| Debtor | **OneSource Community Mental Health Services of Virginia, Inc.** | | | Case number *(if known)* | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Jessica Spears 1010 Woodstock Road Richmond, VA 23224 | | | | | | $2,500.00 |
| Kapitus 2500 wilson Blvd unit 350 Arlington, VA 22201 | | | Disputed | | | $129,000.00 |
| Lashod Tayion Childress 6431 Statue Ct. Chesterfield, VA 23832 | | | | | | $2,639.30 |
| Levar Hagues 161 N 23rd Street Richmond, VA 23223 | | | | | | $3,269.24 |
| Linwood A Harris 1819 Harwood Street Richmond, VA 23224 | | | | | | $4,400.00 |
| Lynnay Lewis 6202 Anna Park Drive Apt 202 Midlothian, VA 23112 | | | | | | $2,553.85 |
| Michone Blowe 19711 English Wells Way #202 Chester, VA 23831 | | | | | | $4,441.25 |
| Nicole Barnette Po Box 4061 Midlothian, VA 23112 | | | | | | $3,846.16 |
| Shaneek Brown 13536 Oxley Ct Chester, VA 23831 | | | | | | $3,290.00 |
| Sharonda T Page 3420 Kilburn Circle #328 Henrico, VA 23233 | | | | | | $3,582.62 |
| Stephen A. Parson, Jr. 7806 Forest Hill Ave Richmond, VA 23225 | | | | | | $11,538.46 |

Debtor **OneSource Community Mental Health Services of Virginia, Inc.**

Case number *(if known)* _____

Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Takisha Beamon 710 Coles Way Sandston, VA 23150** | | | | | | **$3,173.08** |
| **Tyshauna Denise Rose-Parker 3018 Fielding Road Colonial Heights, VA 23834** | | | | | | **$3,076.92** |

**Fill in this information to identify the case:**

Debtor name    **OneSource Community Mental Health Services of Virginia, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF VIRGINIA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.    **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*......................................................................    $     **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*...................................................................    $     **936,948.27**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*......................................................................    $     **936,948.27**

| Part 2: | Summary of Liabilities |
|---|---|

2.    **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................    $     **584,328.40**

3.    **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................    $     **218,302.62**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$     **220,000.00**

4.    **Total liabilities** ................................................................................................
    Lines 2 + 3a + 3b    $     **1,022,631.02**

| Fill in this information to identify the case: |
| --- |
| Debtor name **OneSource Community Mental Health Services of Virginia, Inc.** |
| United States Bankruptcy Court for the:    EASTERN DISTRICT OF VIRGINIA |
| Case number (if known) |

☐ Check if this is an
amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 11 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Wells Fargo** | **Checking Receiver** | | **$44,472.54** |
| 3.2. | **Bank of America** | **Checking** | | **$900.00** |
| 3.3. | **Atlantic Union Bank** | **Checking** | | **$200.00** |
| 3.4. | **Wells Fargo** | **Checking Rollover** | | **$32,104.71** |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| **$77,677.25** |
| --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Debtor | **OneSource Community Mental Health Services of Virginia, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

---

<table>
<tr><td colspan="4">**Part 3:**　　**Accounts receivable**</td></tr>
</table>

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

11a. 90 days old or less: **410,744.55** - **0.00** = .... **$410,744.55**
face amount　　　　　　　　doubtful or uncollectible accounts

12. **Total of Part 3.**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| | **$410,744.55** |
|---|---|

<table>
<tr><td colspan="4">**Part 4:**　　**Investments**</td></tr>
</table>

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

<table>
<tr><td colspan="4">**Part 5:**　　**Inventory, excluding agriculture assets**</td></tr>
</table>

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

<table>
<tr><td colspan="4">**Part 6:**　　**Farming and fishing-related assets (other than titled motor vehicles and land)**</td></tr>
</table>

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

<table>
<tr><td colspan="4">**Part 7:**　　**Office furniture, fixtures, and equipment; and collectibles**</td></tr>
</table>

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>**Office Furniture** | **$0.00** | | **$153,676.27** |
| 40. **Office fixtures**<br>**Kitchen Equipment, and Office Fixtures** | **$0.00** | | **$48,774.20** |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Computers and phone systems** | **$0.00** | | **$17,000.00** |

| Debtor | **OneSource Community Mental Health Services of Virginia, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| | $219,450.47 |
|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2021 Chrysler Voyager 7630** | $0.00 | | $20,788.00 |
| 47.2.  **2021 Chrysler Voyager 3218** | $0.00 | | $20,788.00 |
| 47.3.  **2021 Chrysler Pacifica 4287** | $0.00 | | $23,750.00 |
| 47.4.  **2021 Chrysler Pacifica 2218** | $0.00 | | $23,750.00 |
| 47.5.  **2017 Ford Econoline**<br>**2 x 2019 Ford Econoline**<br>**2018 Ford Econoline**<br>**2005 Ford F15**<br>**2007 Dodge Caravan**<br>**2003 Honda Odyssey**<br>**2007 Dodge Caravan**<br>**2 x 2008 dodge Caravan**<br>**2 x 2018 Dodge Caravan** | $0.00 | | $140,000.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| Debtor | **OneSource Community Mental Health Services of Virginia, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

51. **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

$229,076.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 9:     Real property**

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:     Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:     All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor **OneSource Community Mental Health Services of Virginia, Inc.**
Name

Case number *(If known)*

_____

---

**Part 12:** **Summary**

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $77,677.25 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $410,744.55 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $219,450.47 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $229,076.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ..........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $936,948.27 | + 91b.  $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $936,948.27 |

**Fill in this information to identify the case:**

Debtor name __**OneSource Community Mental Health Services of Virginia, Inc.**__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF VIRGINIA__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1 Bank of America**<br>Creditor's Name<br><br>**P.O. Box 45224**<br>**Jacksonville, FL 32232**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>**2021 Chrysler Voyager 7630**<br><br>**Describe the lien**<br><br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$21,315.35** | **$20,788.00** |
| **2.2 Bank of America**<br>Creditor's Name<br><br>**P.O. Box 45224**<br>**Jacksonville, FL 32232**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?** | **Describe debtor's property that is subject to a lien**<br>**2021 Chrysler Voyager 3218**<br><br>**Describe the lien**<br><br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply | **$21,315.35** | **$20,788.00** |

| Debtor | **OneSource Community Mental Health Services of Virginia, Inc.** | Case number (if known) | |
| --- | --- | --- | --- |
| | Name | | |

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Bank of America** | **Describe debtor's property that is subject to a lien** | $22,343.85 | $23,750.00 |
| --- | --- | --- | --- | --- |
| | Creditor's Name | **2021 Chrysler Pacifica 4287** | | |

**P.O. Box 45224
Jacksonville, FL 32232**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

☑ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Bank of America** | **Describe debtor's property that is subject to a lien** | $22,353.85 | $23,750.00 |
| --- | --- | --- | --- | --- |
| | Creditor's Name | **2021 Chrysler Pacifica 2218** | | |

**P.O. Box 45224
Jacksonville, FL 32232**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

☑ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Sentara** | **Describe debtor's property that is subject to a lien** | $497,000.00 | $44,472.54 |
| --- | --- | --- | --- | --- |
| | Creditor's Name | **Wells Fargo - Checking Receiver** | | |

**PO Box 791297
Baltimore, MD 21279**

Creditor's mailing address

**Describe the lien**
**Judgment Lien**

**Is the creditor an insider or related party?**

☑ No

---

Debtor **OneSource Community Mental Health Services of Virginia, Inc.**

Name

Case number (*if known*) _____

Creditor's email address, if known _____

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   | **$584,328.40**

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
|  |  |  |

**Fill in this information to identify the case:**

Debtor name    **OneSource Community Mental Health Services of Virginia, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF VIRGINIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,230.78** | **$2,230.78** |
|---|---|---|---|---|
| | **Akeiya Tucker**<br>**3800 Festival Park Plaza**<br>**Apt. 107**<br>**Chester, VA 23831** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes | | |

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,846.16** | **$1,846.16** |
|---|---|---|---|---|
| | **Akiitha Hagans**<br>**10532 Ashburn Road**<br>**Richmond, VA 23235** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes | | |

| Debtor | OneSource Community Mental Health Services of Virginia, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,210.50 | $1,210.50 |
|---|---|---|---|---|

**Alexavier Braxter**
**10300 Colony Way**
**Apt 206**
**Richmond, VA 23234**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $112.50 | $112.50 |
|---|---|---|---|---|

**Amanda Paige Compton**
**5047 Sandy Valley Rd**
**Mechanicsville, VA 23111**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,634.94 | $1,634.94 |
|---|---|---|---|---|

**Andre L Anderson**
**1129 Rome Street**
**Petersburg, VA 23803**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,359.75 | $1,359.75 |
|---|---|---|---|---|

**Andrew Platt**
**8963 Wishart road**
**Henrico, VA 23229**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | OneSource Community Mental Health Services of Virginia, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,438.38 | $1,438.38 |
|---|---|---|---|---|
| | **Andria Stokes**<br>**10905 Bush Lake Lane**<br>**Glen Allen, VA 23060** | | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,382.00 | $1,382.00 |
|---|---|---|---|---|
| | **Angela Cross**<br>**419 w Duval Street Apt D**<br>**Richmond, VA 23220** | | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,115.38 | $2,115.38 |
|---|---|---|---|---|
| | **Angelica O'Neill**<br>**721 S Pine Street**<br>**Richmond, VA 23220** | | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,278.80 | $1,278.80 |
|---|---|---|---|---|
| | **Anthony Robinson**<br>**1210 N 38th Street**<br>**Richmond, VA 23223** | | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | **OneSource Community Mental Health Services of Virginia, Inc.** | Case number (if known) | |
| --- | --- | --- | --- |
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,200.75 | $2,200.75 |
| --- | --- | --- | --- | --- |
| | **Ashley R Parker**
**3911 Lee Boulevard**
**Petersburg, VA 23805** | *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No
☐ Yes | | |

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,769.24 | $1,769.24 |
| --- | --- | --- | --- | --- |
| | **Astasha Miller**
**108 E 37st**
**Richmond, VA 23224** | *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No
☐ Yes | | |

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $615.00 | $615.00 |
| --- | --- | --- | --- | --- |
| | **Aynsley Collier**
**13819 Sycamore Village Drive**
**Midlothian, VA 23114** | *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No
☐ Yes | | |

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $162.00 | $162.00 |
| --- | --- | --- | --- | --- |
| | **Barabara Washington**
**15315 Currin Street**
**Ruther Glen, VA 22546** | *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No
☐ Yes | | |

| Debtor | **OneSource Community Mental Health Services of Virginia, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Bethany Pagano**<br>**1203 Hermitage Rd**<br>**Colonial Heights, VA 23834** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$2,737.00** | **$2,737.00** |
|---|---|---|---|---|
| | **Brianna L Taylor**<br>**3420 Kilburn Circle**<br>**Apt 328**<br>**Henrico, VA 23233** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,661.00** | **$1,661.00** |
|---|---|---|---|---|
| | **Chante Staton-Lewis**<br>**730 McDowell Rd**<br>**Richmond, VA 23225** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,545.75** | **$1,545.75** |
|---|---|---|---|---|
| | **Charles Williams**<br>**1014 Hull Street**<br>**Unit 311**<br>**Richmond, VA 23224** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | **OneSource Community Mental Health Services of Virginia, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $2,400.00 | $2,400.00 |
|---|---|---|---|---|
| | **Charlise Jones**<br>**7400 Sunswyck Court**<br>**Chesterfield, VA 23832** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,615.00 | $1,615.00 |
|---|---|---|---|---|
| | **Cheena Winston**<br>**2215 Chateau Dr Apt F**<br>**Richmond, VA 23224** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,742.25 | $1,742.25 |
|---|---|---|---|---|
| | **Chiconne P Morris**<br>**PO Box 9342**<br>**Richmond, VA 23227** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,837.50 | $1,837.50 |
|---|---|---|---|---|
| | **Ciana Glenn**<br>**6404 Bateleur Court**<br>**Henrico, VA 23231** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | OneSource Community Mental Health Services of Virginia, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,846.16 | $1,846.16 |
|---|---|---|---|---|

**Crystal N. Jeffries**
**2409 East Marshall Street**
**Richmond, VA 23223**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,401.49 | $2,401.49 |
|---|---|---|---|---|

**Daniel Meekins**
**5341 Meadoway Rd**
**Richmond, VA 23234**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,364.00 | $1,364.00 |
|---|---|---|---|---|

**Darell Bullock**
**815 Catherine Street**
**Richmond, VA 23220**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,629.00 | $1,629.00 |
|---|---|---|---|---|

**Daron McKnight**
**6825 Arbor Lake dr apt 202**
**Chester, VA 23831**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | OneSource Community Mental Health Services of Virginia, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $665.00 | $0.00 |
|---|---|---|---|---|

**David D McKnight**
**5831 Meadoway Road**
**Richmond, VA 23234**

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,290.38 | $1,290.38 |
|---|---|---|---|---|

**Davuan Bradley**
**5836 Willow Oaks Dr**
**Richmond, VA 23225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,698.38 | $1,698.38 |
|---|---|---|---|---|

**Dawne Toliver**
**525 North Laburnum Avenue**
**Apt D**
**Richmond, VA 23223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,307.70 | $2,307.70 |
|---|---|---|---|---|

**Delsa Sally**
**908 Gray Fox Circle**
**Richmond, VA 23223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | OneSource Community Mental Health Services of Virginia, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $643.50 | $643.50 |
|---|---|---|---|

**Delton Harris**
**2527 Bethel Street**
**Richmond, VA 23223**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $18.01 | $18.01 |
|---|---|---|---|

**Destiney Bradley**
**204 West Charity St**
**Richmond, VA 23220**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,089.00 | $1,089.00 |
|---|---|---|---|

**Dontarius Harris**
**2527 Bethel Street**
**Richmond, VA 23223**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,500.00 | $2,500.00 |
|---|---|---|---|

**Edwina Pearsall**
**3910 Yorktown Drive**
**Hopewell, VA 23860**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **OneSource Community Mental Health Services of Virginia, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,403.85 | $0.00 |
|---|---|---|---|---|

**Ericka M. Ivery**
**13000 Mill Manor Place**
**Midlothian, VA 23112**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,896.89 | $1,896.89 |
|---|---|---|---|---|

**Eyvette Wimbush**
**12300 Moores Lake rd Apt 1411**
**Chester, VA 23831**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,000.00 | $5,000.00 |
|---|---|---|---|---|

**Faye R. Barner**
**2838 Amherst Ridge Loop**
**Colonial Heights, VA 23834**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,307.70 | $2,307.70 |
|---|---|---|---|---|

**Gary Martin**
**3707 Bridgeton Road**
**Richmond, VA 23234**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | OneSource Community Mental Health Services of Virginia, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 2.39 | Priority creditor's name and mailing address<br>**George Taylor**<br>**1511 Spottsylvania Street**<br>**Richmond, VA 23223** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,257.75 $1,257.75 |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.40 | Priority creditor's name and mailing address<br>**Giselle Satchell**<br>**500 Stockton Street Apt C 211**<br>**Richmond, VA 23224** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,341.00 $1,341.00 |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.41 | Priority creditor's name and mailing address<br>**Gloria Joyner**<br>**1917 West Laburnum Ave**<br>**Richmond, VA 23227** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,308.88 $1,308.88 |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.42 | Priority creditor's name and mailing address<br>**Grecia D. Cardenas Cruz**<br>**721 E. 4th Street**<br>**Richmond, VA 23224** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,307.69 $2,307.69 |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| Debtor | **OneSource Community Mental Health Services of Virginia, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**2.43**

Priority creditor's name and mailing address

**Helen C Valentine**
**709 Rex Avenue**
**Richmond, VA 23222**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,592.50          $1,592.50

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.44**

Priority creditor's name and mailing address

**Jacqueline Eloise Watkins**
**14306 Garnett Lane**
**Midlothian, VA 23114**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,075.25          $1,075.25

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.45**

Priority creditor's name and mailing address

**Jalay Kennedy**
**1707 N 28th Street**
**Richmond, VA 23223**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,888.31          $2,888.31

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.46**

Priority creditor's name and mailing address

**James Mayer**
**2400 McDonough Street Apt 2**
**Richmond, VA 23225**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,506.63          $1,506.63

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **OneSource Community Mental Health Services of Virginia, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,092.25 | $1,092.25 |
|---|---|---|---|---|

**James Turner**
**1506 Blair str**
**Richmond, VA 23220**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,807.69 | $4,807.69 |
|---|---|---|---|---|

**Jamica Hughes**
**7024 Adaline Lane**
**Mechanicsville, VA 23111**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.49 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,563.75 | $1,563.75 |
|---|---|---|---|---|

**Jeanne Singleton**
**125 East 20th Street**
**Richmond, VA 23224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.50 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,596.16 | $2,596.16 |
|---|---|---|---|---|

**Jeffrey L. Cuthbertson**
**7626 Willow Leaf Place**
**Henrico, VA 23228**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **OneSource Community Mental Health Services of Virginia, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,500.00 | $2,500.00 |
|---|---|---|---|---|
| | **Jennifer Secreti** **12414 Branner Place** **Apt. 302** **Chester, VA 23836** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.52 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,692.31 | $2,692.31 |
|---|---|---|---|---|
| | **Jeremy Matthew Kirk** **14943 Featherchase Drive** **Chesterfield, VA 23832** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.53 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,500.00 | $2,500.00 |
|---|---|---|---|---|
| | **Jessica Spears** **1010 Woodstock Road** **Richmond, VA 23224** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.54 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,474.38 | $1,474.38 |
|---|---|---|---|---|
| | **Jimmy Cooper** **120 Camelot Circle** **Henrico, VA 23229** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| Debtor | OneSource Community Mental Health Services of Virginia, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.55 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $841.75 | $841.75 |
|---|---|---|---|---|

**Joseph Gardner**
**16500 Hampton Crest Place**
**Chesterfield, VA 23832**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.56 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,250.00 | $2,250.00 |
|---|---|---|---|---|

**Joshua Ward**
**5907 Northford Place**
**Chesterfield, VA 23832**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.57 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,683.51 | $1,683.51 |
|---|---|---|---|---|

**Judy M Chilufya**
**2214 South Kenmore Road**
**Richmond, VA 23225**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.58 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,115.20 | $2,115.20 |
|---|---|---|---|---|

**Karen Gray**
**2011 Miller Ave**
**Richmond, VA 23222**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **OneSource Community Mental Health Services of Virginia, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.59 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $2,307.69 | $2,307.69 |
|---|---|---|---|---|
| | **Katlynn Hunt**<br>**5600 Old Warson Drive**<br>**Richmond, VA 23237** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.60 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $2,250.00 | $2,250.00 |
|---|---|---|---|---|
| | **Katrina Parker**<br>**1700 Monticello Street**<br>**Petersburg, VA 23805** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.61 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,359.00 | $1,359.00 |
|---|---|---|---|---|
| | **Kelvonna Turner**<br>**2230 Chalfont Dr**<br>**Richmond, VA 23223** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.62 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $2,321.25 | $2,321.25 |
|---|---|---|---|---|
| | **Keturah Fountaine**<br>**525 Argyle Terrace**<br>**Richmond, VA 23225** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | OneSource Community Mental Health Services of Virginia, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.63 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $182.86 | $182.86 |
|---|---|---|---|---|
| | **Keyona Washington** | Check all that apply. | | |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.64 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,438.63 | $1,438.63 |
|---|---|---|---|---|
| | **Khalik Hamlin** **461 Trickling Creek Rd** **Richmond, VA 23236** | Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.65 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,255.50 | $1,255.50 |
|---|---|---|---|---|
| | **Kim Young** **9462 Tracey Lynne Cirle** **Glen Allen, VA 23060** | Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.66 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,459.19 | $1,459.19 |
|---|---|---|---|---|
| | **Lakisha Davis** **2211 Byron Street** **Richmond, VA 23222** | Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| Debtor | **OneSource Community Mental Health Services of Virginia, Inc.** | Case number (if known) | |
| --- | --- | --- | --- |
| | Name | | |

---

| 2.67 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $778.50 | $778.50 |

**Lashawnda Watson**
**3714 Delmont Street**
**Richmond, VA 23222**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.68 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,350.00 | $1,350.00 |

**Lashay Talley**
**7631 Bannockbarn Dr**
**Richmond, VA 23225**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.69 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,639.30 | $2,639.30 |

**Lashod Tayion Childress**
**6431 Statue Ct.**
**Chesterfield, VA 23832**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.70 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,269.24 | $3,269.24 |

**Levar Hagues**
**161 N 23rd Street**
**Richmond, VA 23223**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| | Debtor | **OneSource Community Mental Health Services of Virginia, Inc.** | Case number (if known) | |
| | | Name | | |

| 2.71 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,891.75 | $1,891.75 |

**Linda Walker**
**907 Bramwell Rd**
**Richmond, VA 23225**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.72 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,400.00 | $4,400.00 |

**Linwood A Harris**
**1819 Harwood Street**
**Richmond, VA 23224**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.73 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,500.00 | $2,500.00 |

**Lisa ferguson**
**6331 HarbourSide Dr**
**Midlothian, VA 23112**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.74 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,350.50 | $1,350.50 |

**Lolita Cheatham**
**3308 Yerger Road**
**Richmond, VA 23223**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **OneSource Community Mental Health Services of Virginia, Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

| 2.75 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $111.00 | $111.00 |
|---|---|---|---|---|

**Lonnell Anderson**
**3714 Delmont Street Apt 101**
**Richmond, VA 23222**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.76 | Priority creditor's name and mailing address | | $2,553.85 | $2,553.85 |
|---|---|---|---|---|

**Lynnay Lewis**
**6202 Anna Park Drive**
**Apt 202**
**Midlothian, VA 23112**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.77 | Priority creditor's name and mailing address | | $1,511.56 | $1,511.56 |
|---|---|---|---|---|

**Mary Jane Borja Cooley**
**8305 Morelock Court**
**Richmond, VA 23236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.78 | Priority creditor's name and mailing address | | Unknown | $0.00 |
|---|---|---|---|---|

**Melissa Payne**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | OneSource Community Mental Health Services of Virginia, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.79 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,932.00 | $1,932.00 |
|---|---|---|---|---|
| | **Michael Collins** **422 Deter Road** **Exmore, VA 23350** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.80 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $512.50 | $512.50 |
|---|---|---|---|---|
| | **Michael Halison** **3515 Hunter Lane** **Richmond, VA 23237** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.81 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,441.25 | $4,441.25 |
|---|---|---|---|---|
| | **Michone Blowe** **19711 English Wells Way** **#202** **Chester, VA 23831** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.82 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $812.00 | $812.00 |
|---|---|---|---|---|
| | **Nathaniel Lee Nelson** **3125 North Avenue** **Richmond, VA 23222** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| Debtor | OneSource Community Mental Health Services of Virginia, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.83 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $3,846.16 | $3,846.16 |
|---|---|---|---|---|
| | **Nicole Barnette**<br>**Po Box 4061**<br>**Midlothian, VA 23112** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.84 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $1,710.00 | $1,710.00 |
|---|---|---|---|---|
| | **Nicole Cole**<br>**7210 Hancock Chase Court**<br>**Chesterfield, VA 23832** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.85 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $1,350.00 | $1,350.00 |
|---|---|---|---|---|
| | **Patricia Coleman**<br>**1401 Bickerstaff Rd**<br>**Henrico, VA 23231** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.86 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $1,532.50 | $1,532.50 |
|---|---|---|---|---|
| | **Pinalben G Shah**<br>**8850 Seaycroft Drive**<br>**Mechanicsville, VA 23116** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | **OneSource Community Mental Health Services of Virginia, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.87 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,284.75 | $2,284.75 |
|---|---|---|---|---|

**Rachel Scott**
**11901 Petrel Crossing**
**Midlothian, VA 23112**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.88 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,307.96 | $2,307.96 |
|---|---|---|---|---|

**Rebecca Teachey**
**3916 Cutshaw Avenue**
**Apt. 2**
**Richmond, VA 23230**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.89 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,442.31 | $2,442.31 |
|---|---|---|---|---|

**Renita Denise Robertson**
**123 Longstreet Avenue**
**Highland Springs, VA 23075**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.90 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,494.00 | $1,494.00 |
|---|---|---|---|---|

**Robert Turner**
**4115 Lamplighter Ct**
**Richmond, VA 23234**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **OneSource Community Mental Health Services of Virginia, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.91 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,307.69 | $2,307.69 |
|---|---|---|---|---|

**Rosenda Rivera-Dickey**
**12001 Winbolt Dr**
**Chester, VA 23836**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.92 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,211.54 | $2,211.54 |
|---|---|---|---|---|

**Sean Court**
**14600 Happy Hill Rd.**
**Chester, VA 23831**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.93 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,464.00 | $2,464.00 |
|---|---|---|---|---|

**Shakema Tucker**
**9183 County Dr**
**Disputanta, VA 23842**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.94 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,604.88 | $1,604.88 |
|---|---|---|---|---|

**Shamkea Brewton**
**2120 Fairfield Ave**
**Richmond, VA 23223**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | OneSource Community Mental Health Services of Virginia, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.95 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $3,290.00 | $3,290.00 |
|---|---|---|---|---|
| | **Shaneek Brown**<br>**13536 Oxley Ct**<br>**Chester, VA 23831** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.96 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $2,318.82 | $2,318.82 |
|---|---|---|---|---|
| | **Shanice Staye**<br>**2331 Rocliffe Road**<br>**Henrico, VA 23238** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.97 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $3,582.62 | $3,582.62 |
|---|---|---|---|---|
| | **Sharonda T Page**<br>**3420 Kilburn Circle**<br>**#328**<br>**Henrico, VA 23233** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.98 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $837.00 | $837.00 |
|---|---|---|---|---|
| | **Shatora Williams**<br>**203 Engelside Drive**<br>**Apt 2D**<br>**Richmond, VA 23222** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | OneSource Community Mental Health Services of Virginia, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.99 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $1,202.50 | $1,202.50 |
|---|---|---|---|---|
| | **Shirley Mitchell**<br>**2209 Bromby Street**<br>**Henrico, VA 23231** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.100 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $2,400.00 | $2,400.00 |
|---|---|---|---|---|
| | **Stephanie L. Highsmith**<br>**7336 Port Side Drive**<br>**Midlothian, VA 23112** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.101 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $400.50 | $400.50 |
|---|---|---|---|---|
| | **Stephany Parson**<br>**15807 Hampton Summit Lane**<br>**Chesterfield, VA 23832** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.102 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $11,538.46 | $11,538.46 |
|---|---|---|---|---|
| | **Stephen A. Parson, Jr.**<br>**7806 Forest Hill Ave**<br>**Richmond, VA 23225** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | **OneSource Community Mental Health Services of Virginia, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.103 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,618.75 | $1,618.75 |
|---|---|---|---|---|
| | **Tabitha Smith-Parham**<br>**1038 Halifax St**<br>**Jetersville, VA 23083** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.104 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,173.08 | $3,173.08 |
|---|---|---|---|---|
| | **Takisha Beamon**<br>**710 Coles Way**<br>**Sandston, VA 23150** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.105 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,500.00 | $2,500.00 |
|---|---|---|---|---|
| | **Tayion LaShod Childress**<br>**6431 Statue Court**<br>**Chesterfield, VA 23832** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.106 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,344.06 | $2,344.06 |
|---|---|---|---|---|
| | **Theresa Harvey**<br>**13154 Beach Hill Dr**<br>**Midlothian, VA 23112** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | OneSource Community Mental Health Services of Virginia, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.107 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,134.00 | $1,134.00 |
|---|---|---|---|---|

**Tonisa Epps**
**2211 Sedgwick Street**
**Petersburg, VA 23805**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

| 2.108 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,384.82 | $2,384.82 |
|---|---|---|---|---|

**Tyler Stafford**
**207 Kirkland dr**
**Richmond, VA 23227**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

| 2.109 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,076.92 | $3,076.92 |
|---|---|---|---|---|

**Tyshauna Denise Rose-Parker**
**3018 Fielding Road**
**Colonial Heights, VA 23834**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

| 2.110 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,255.50 | $1,255.50 |
|---|---|---|---|---|

**Valerie Miles**
**2603 Harold Ave**
**Richmond, VA 23223**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **OneSource Community Mental Health Services of Virginia, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.111 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,680.75 | $1,680.75 |
|---|---|---|---|---|
| | **William Hill**<br>**5200 Farmcrest Hill circle**<br>**Prince George, VA 23875** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes | | |

| 2.112 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,000.00 | $2,000.00 |
|---|---|---|---|---|
| | **William S Morris**<br>**509 Mosby Street**<br>**Richmond, VA 23223** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes | | |

| 2.113 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,272.70 | $1,272.70 |
|---|---|---|---|---|
| | **Willie Koger**<br>**5807 Gloryvine Court Apt205311**<br>**Richmond, VA 23234** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes | | |

| 2.114 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $758.03 | $758.03 |
|---|---|---|---|---|
| | **Wyteshia Jennings**<br>**3902 Bedford Street**<br>**Henrico, VA 23231** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes | | |

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| Debtor | **OneSource Community Mental Health Services of Virginia, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$91,000.00** |
|---|---|---|---|
| | **Bluevine** | ☐ Contingent | |
| | **30 Montgomery St Ste 1400** | ☐ Unliquidated | |
| | **Jersey City, NJ 07302** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$129,000.00** |
|---|---|---|---|
| | **Kapitus** | ☐ Contingent | |
| | **2500 wilson Blvd unit 350** | ☐ Unliquidated | |
| | **Arlington, VA 22201** | ■ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 218,302.62 |
| **5b. Total claims from Part 2** | 5b. + | $ | 220,000.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 438,302.62 |

**Fill in this information to identify the case:**

Debtor name    **OneSource Community Mental Health Services of Virginia, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF VIRGINIA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
        ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
        ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
        (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest        **Lease** | |
|         State the term remaining | **Cornerstone Assets & Property,** |
|         List the contract number of any government contract | **7303 Hull St Rd.** **Richmond, VA 23235** |
| 2.2.    State what the contract or lease is for and the nature of the debtor's interest        **Contract: Health care management software** | |
|         State the term remaining | **Kipu** |
|         List the contract number of any government contract | **255 Alhambra Plaza Ste 900** **Miami, FL 33134** |
| 2.3.    State what the contract or lease is for and the nature of the debtor's interest        **Contract: Healthcare training software/service** | |
|         State the term remaining | **Relias** |
|         List the contract number of any government contract | **1010 Sync St** **Morrisville, NC 27560** |

**Fill in this information to identify the case:**

Debtor name        **OneSource Community Mental Health Services of Virginia, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF VIRGINIA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|
| 2.1 | _____ | _____ | | _____ | ☐ D |
| | | Street _____ | | | ☐ E/F |
| | | _____ | | | ☐ G |
| | | City        State        Zip Code | | | |
| 2.2 | _____ | _____ | | _____ | ☐ D |
| | | Street _____ | | | ☐ E/F |
| | | _____ | | | ☐ G |
| | | City        State        Zip Code | | | |
| 2.3 | _____ | _____ | | _____ | ☐ D |
| | | Street _____ | | | ☐ E/F |
| | | _____ | | | ☐ G |
| | | City        State        Zip Code | | | |
| 2.4 | _____ | _____ | | _____ | ☐ D |
| | | Street _____ | | | ☐ E/F |
| | | _____ | | | ☐ G |
| | | City        State        Zip Code | | | |

**Fill in this information to identify the case:**

Debtor name    **OneSource Community Mental Health Services of Virginia, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF VIRGINIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2024** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$8,388,685.67** |
   | **For prior year:**<br>From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$10,217,603.00** |
   | **For year before that:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$10,850,019.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Debtor  **OneSource Community Mental Health Services of Virginia, Inc.**

Case number *(if known)*

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:  Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Sentara Health Plans, Inc. v. OneSource Community Mental Health Services of Virginia, Inc.** CL24-8165 | | **Norfolk Circuit Court 150 St Pauls Blvd Norfolk, VA 23510** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:  Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:  Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

Debtor  **OneSource Community Mental Health Services of Virginia,**
**Inc.**

Case number *(if known)*

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

### Part 6:  Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Winslow, McCurry & MacCormac , PLLC**<br>**1324 Sycamore Square**<br>**Midlothian, VA 23113** | **Attorney Fees, filing fee** | **10/2024** | **$12,000.00** |
| | **Email or website address**<br>**chris@wmmlegal.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

### Part 7:  Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

### Part 8:  Health Care Bankruptcies

**15. Health Care bankruptcies**

| Debtor | **OneSource Community Mental Health Services of Virginia, Inc.** | Case number *(if known)* | |
|---|---|---|---|

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☐ No. Go to Part 9.

■ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | **One Source Community Mental Health Serv 7806 Forest Hill Ave Richmond, VA 23225** | **Drug Treatment Residential & outpatient** | |
| | | Location where patient records are maintained *(if different from facility address). If electronic, identify any service provider.* **7806 Forest Hill ave Richmond VA 23225** | How are records kept? *Check all that apply:* ■ Electronically ☐ Paper |

## Part 9:  Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

■ Yes. State the nature of the information collected and retained.

**Name, addres, SSN, Phone, PHI**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

■ Yes. Does the debtor serve as plan administrator?

■ No Go to Part 10.
☐ Yes. Fill in below:

## Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

| Debtor | **OneSource Community Mental Health Services of Virginia, Inc.** | Case number *(if known)* | |
|---|---|---|---|

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Uhaul**<br>**8600 Midlothian Tpke**<br>**Richmond, VA 23235** | Stephen A. Parson, Jr. | 2 Units.  Old furniture only. | ☐ No<br>■ Yes |

---

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

Debtor  **OneSource Community Mental Health Services of Virginia, Inc.**                    Case number *(if known)*

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:  Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **Jennifer Jones CPA**<br>**3420 Pump Road PMB 105**<br>**Henrico, VA 23233** | **2021-current** |
| 26a.2. | **Lisa Ferguson** | **employee** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| | Name and address |
|---|---|
| 26d.1. | **Kapitus**<br>**2500 Wilson Blvd UNIT 350**<br>**Arlington, VA 22201** |
| 26d.2. | **Bluevine**<br>**30 Montgomery St, Suite 1400**<br>**Jersey City, NJ 07302** |
| 26d.3. | **Atlantic Union Bank**<br>**1051 East Cary Street**<br>**Richmond, VA 23219** |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

Debtor **OneSource Community Mental Health Services of Virginia, Inc.**    Case number *(if known)* _____

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Stephany Parson** **15807 Hampton Summit Lane** **Chesterfield, VA 23832** | **Hours worked** | | **Employee of Debtor** |
| | Relationship to debtor **Sister of Mr. Parson** | | | |
| 30.2. | **Aaron Parson** | **Hours worked** | | **Employee of Debtor** |
| | Relationship to debtor **Son of Mr. Parson** | | | |
| 30.3. | **Alexandria Hospital** **P.O. Box 4466** **Woodbridge, VA 22194** | **Hours worked** | | **Employee of Debtor** |
| | Relationship to debtor **Daughter of Mr. Parson** | | | |
| 30.4. | **Micaela Parson** | **Hours worked** | | **Employee of Debtor** |
| | Relationship to debtor **Daughter of Mr. Parson** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

| | |
|---|---|
| Debtor | **OneSource Community Mental Health Services of Virginia, Inc.** |

Case number *(if known)* _____

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

---

**Part 14:**  **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **October 24, 2024**

**/s/ Stephen A. Parson, Jr.**                    **Stephen A. Parson, Jr.**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor      **CEO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

## United States Bankruptcy Court
### Eastern District of Virginia

In re   **OneSource Community Mental Health Services of Virginia, Inc.**          Case No.  _____
                                                        Debtor(s)          Chapter   **11**  _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **10,262.00** |
| Prior to the filing of this statement I have received | $ | **10,262.00** |
| Balance Due | $ | **0.00** |

2.  The source of the compensation paid to me was:

    ■ Debtor      ☐ Other *(specify)*

3.  The source of compensation to be paid to me is:

    ■ Debtor      ☐ Other *(specify)*

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Other provisions as needed:
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:
        **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**October 24, 2024**                                     **/s/ Christopher M. Winslow**
*Date*                                                    **Christopher M. Winslow 76156**
                                                          *Signature of Attorney*

                                                          **Winslow, McCurry & MacCormac , PLLC**
                                                          *Name of Law Firm*
                                                          **1324 Sycamore Square**
                                                          **Midlothian, VA 23113**
                                                          **804-423-1382  Fax: 804-423-1383**

[2030CH13EDVA ver. 08/23]

# United States Bankruptcy Court
### Eastern District of Virginia

In re  **OneSource Community Mental Health Services of Virginia, Inc.**

Debtor(s)

Case No. _____

Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Stephen Parson, Jr<br>9120 Cardiff Road<br>Richmond, VA 23236** | | **100** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **October 24, 2024**

Signature  **/s/ Stephen A. Parson, Jr.**

**Stephen A. Parson, Jr.**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**
**Eastern District of Virginia**

| | | | |
|---|---|---|---|
| In re | OneSource Community Mental Health Services of Virginia, Inc. | Case No. | |
| | Debtor(s) | Chapter | 11 |

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of his/her knowledge.

The undersigned attorney hereby verifies that the enclosed disk listing the above-named Debtors' creditors is true and correct to the best of his/her knowledge and belief.

Date: **October 24, 2024**      **/s/ Stephen A. Parson, Jr.**
                                 **Stephen A. Parson, Jr./CEO**
                                 Signer/Title

Date: **October 24, 2024**      **/s/ Christopher M. Winslow**
                                 Signature of Attorney
                                 **Christopher M. Winslow 76156**
                                 **Winslow, McCurry & MacCormac , PLLC**
                                 **1324 Sycamore Square**
                                 **Midlothian, VA 23113**
                                 **804-423-1382   Fax: 804-423-1383**

TransUnion
P.O. Box 2000
Chester, PA 19022

Akilina Hagans
10532 Ashburn Road
Richmond, VA 23235

Astasha Miller
108 E 37st
Richmond, VA 23224

Certegy Check Services, Inc.
11601 Roosevelt Blvd.
Saint Petersburg, FL 33716

Alexavier Braxter
10300 Colony Way
Apt 206
Richmond, VA 23234

Aynsley Collier
13819 Sycamore Village Drive
Midlothian, VA 23114

ChexSystems
Attn: Consumer Relations
7805 Hudson Rd., Suite 100
Saint Paul, MN 55125

Amanda Paige Compton
5047 Sandy Valley Rd
Mechanicsville, VA 23111

Bank of America
P.O. Box 45224
Jacksonville, FL 32232

Experian
Dispute Department
P.O. Box 4500
Allen, TX 75013

Andre L Anderson
1129 Rome Street
Petersburg, VA 23803

Barabara Washington
15315 Currin Street
Ruther Glen, VA 22546

Equifax Information Services
PO Box 740241
Atlanta, GA 30374

Andrew Platt
8963 Wishart road
Henrico, VA 23229

Bethany Pagano
1203 Hermitage Rd
Colonial Heights, VA 23834

TransUnion
P.O. Box 2000
Chester, PA 19022

Andria Stokes
10905 Bush Lake Lane
Glen Allen, VA 23060

Bluevine
30 Montgomery St Ste 1400
Jersey City, NJ 07302

Weimark Credit Information
PO Box 994
Brick, NJ 08723

Angela Cross
419 w Duval Street Apt D
Richmond, VA 23220

Brianna L Taylor
3420 Kilburn Circle
Apt 328
Henrico, VA 23233

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

Angelica O'Neill
721 S Pine Street
Richmond, VA 23220

Chante Staton-Lewis
730 McDowell Rd
Richmond, VA 23225

VIRGINIA DEPARTMENT OF TAXA
P O BOX 2156
RICHMOND, VA 23218-2156

Anthony Robinson
1210 N 38th Street
Richmond, VA 23223

Charles Williams
1014 Hull Street
Unit 311
Richmond, VA 23224

Akeiya Tucker
3800 Festival Park Plaza
Apt. 107
Chester, VA 23831

Ashley R Parker
3911 Lee Boulevard
Petersburg, VA 23805

Charlise Jones
7400 Sunswyck Court
Chesterfield, VA 23832

Cheena Winston
2215 Chateau Dr Apt F
Richmond, VA 23224

Dawne Toliver
525 North Laburnum Avenue
Apt D
Richmond, VA 23223

George Taylor
1511 Spottsylvania Street
Richmond, VA 23223

Chiconne P Morris
PO Box 9342
Richmond, VA 23227

Delsa Sally
908 Gray Fox Circle
Richmond, VA 23223

Giselle Satchell
500 Stockton Street Apt C 211
Richmond, VA 23224

Ciana Glenn
6404 Bateleur Court
Henrico, VA 23231

Delton Harris
2527 Bethel Street
Richmond, VA 23223

Gloria Joyner
1917 West Laburnum Ave
Richmond, VA 23227

Cornerstone Assets & Property,
7303 Hull St Rd.
Richmond, VA 23235

Destiney Bradley
204 West Charity St
Richmond, VA 23220

Grecia D. Cardenas Cruz
721 E. 4th Street
Richmond, VA 23224

Crystal N. Jeffries
2409 East Marshall Street
Richmond, VA 23223

Dontarius Harris
2527 Bethel Street
Richmond, VA 23223

Helen C Valentine
709 Rex Avenue
Richmond, VA 23222

Daniel Meekins
5341 Meadoway Rd
Richmond, VA 23234

Edwina Pearsall
3910 Yorktown Drive
Hopewell, VA 23860

Jacqueline Eloise Watkins
14306 Garnett Lane
Midlothian, VA 23114

Darell Bullock
815 Catherine Street
Richmond, VA 23220

Ericka M. Ivery
13000 Mill Manor Place
Midlothian, VA 23112

Jalay Kennedy
1707 N 28th Street
Richmond, VA 23223

Daron McKnight
6825 Arbor Lake dr apt 202
Chester, VA 23831

Eyvette Wimbush
12300 Moores Lake rd Apt 1411
Chester, VA 23831

James Mayer
2400 McDonough Street Apt 2
Richmond, VA 23225

David D McKnight
5831 Meadoway Road
Richmond, VA 23234

Faye R. Barner
2838 Amherst Ridge Loop
Colonial Heights, VA 23834

James Turner
1506 Blair str
Richmond, VA 23220

Davuan Bradley
5836 Willow Oaks Dr
Richmond, VA 23225

Gary Martin
3707 Bridgeton Road
Richmond, VA 23234

Jamica Hughes
7024 Adaline Lane
Mechanicsville, VA 23111

Jeanne Singleton
125 East 20th Street
Richmond, VA 23224

Karen Gray
2011 Miller Ave
Richmond, VA 23222

Lashawnda Watson
3714 Delmont Street
Richmond, VA 23222

Jeffrey L. Cuthbertson
7626 Willow Leaf Place
Henrico, VA 23228

Katlynn Hunt
5600 Old Warson Drive
Richmond, VA 23237

Lashay Talley
7631 Bannockbarn Dr
Richmond, VA 23225

Jennifer Secreti
12414 Branner Place
Apt. 302
Chester, VA 23836

Katrina Parker
1700 Monticello Street
Petersburg, VA 23805

Lashod Tayion Childress
6431 Statue Ct.
Chesterfield, VA 23832

Jeremy Matthew Kirk
14943 Featherchase Drive
Chesterfield, VA 23832

Kelvonna Turner
2230 Chalfont Dr
Richmond, VA 23223

Levar Hagues
161 N 23rd Street
Richmond, VA 23223

Jessica Spears
1010 Woodstock Road
Richmond, VA 23224

Keturah Fountaine
525 Argyle Terrace
Richmond, VA 23225

Linda Walker
907 Bramwell Rd
Richmond, VA 23225

Jimmy Cooper
120 Camelot Circle
Henrico, VA 23229

Keyona Washington

Linwood A Harris
1819 Harwood Street
Richmond, VA 23224

Joseph Gardner
16500 Hampton Crest Place
Chesterfield, VA 23832

Khalik Hamlin
461 Trickling Creek Rd
Richmond, VA 23236

Lisa ferguson
6331 HarbourSide Dr
Midlothian, VA 23112

Joshua Ward
5907 Northford Place
Chesterfield, VA 23832

Kim Young
9462 Tracey Lynne Cirle
Glen Allen, VA 23060

Lolita Cheatham
3308 Yerger Road
Richmond, VA 23223

Judy M Chilufya
2214 South Kenmore Road
Richmond, VA 23225

Kipu
255 Alhambra Plaza Ste 900
Miami, FL 33134

Lonnell Anderson
3714 Delmont Street Apt 101
Richmond, VA 23222

Kapitus
2500 wilson Blvd unit 350
Arlington, VA 22201

Lakisha Davis
2211 Byron Street
Richmond, VA 23222

Lynnay Lewis
6202 Anna Park Drive
Apt 202
Midlothian, VA 23112

Mary Jane Borja Cooley
8305 Morelock Court
Richmond, VA 23236

Rachel Scott
11901 Petrel Crossing
Midlothian, VA 23112

Shaneek Brown
13536 Oxley Ct
Chester, VA 23831

Melissa Payne

Rebecca Teachey
3916 Cutshaw Avenue
Apt. 2
Richmond, VA 23230

Shanice Staye
2331 Rocliffe Road
Henrico, VA 23238

Michael Collins
422 Deter Road
Exmore, VA 23350

Relias
1010 Sync St
Morrisville, NC 27560

Sharonda T Page
3420 Kilburn Circle
#328
Henrico, VA 23233

Michael Halison
3515 Hunter Lane
Richmond, VA 23237

Renita Denise Robertson
123 Longstreet Avenue
Highland Springs, VA 23075

Shatora Williams
203 Engelside Drive
Apt 2D
Richmond, VA 23222

Michone Blowe
19711 English Wells Way
#202
Chester, VA 23831

Robert Turner
4115 Lamplighter Ct
Richmond, VA 23234

Shirley Mitchell
2209 Bromby Street
Henrico, VA 23231

Nathaniel Lee Nelson
3125 North Avenue
Richmond, VA 23222

Rosenda Rivera-Dickey
12001 Winbolt Dr
Chester, VA 23836

Stephanie L. Highsmith
7336 Port Side Drive
Midlothian, VA 23112

Nicole Barnette
Po Box 4061
Midlothian, VA 23112

Sean Court
14600 Happy Hill Rd.
Chester, VA 23831

Stephany Parson
15807 Hampton Summit Lane
Chesterfield, VA 23832

Nicole Cole
7210 Hancock Chase Court
Chesterfield, VA 23832

Sentara
PO Box 791297
Baltimore, MD 21279

Stephen A. Parson, Jr.
7806 Forest Hill Ave
Richmond, VA 23225

Patricia Coleman
1401 Bickerstaff Rd
Henrico, VA 23231

Shakema Tucker
9183 County Dr
Disputanta, VA 23842

Tabitha Smith-Parham
1038 Halifax St
Jetersville, VA 23083

Pinalben G Shah
8850 Seaycroft Drive
Mechanicsville, VA 23116

Shamkea Brewton
2120 Fairfield Ave
Richmond, VA 23223

Takisha Beamon
710 Coles Way
Sandston, VA 23150

Tayion LaShod Childress
6431 Statue Court
Chesterfield, VA 23832

Theresa Harvey
13154 Beach Hill Dr
Midlothian, VA 23112

Tonisa Epps
2211 Sedgwick Street
Petersburg, VA 23805

Tyler Stafford
207 Kirkland dr
Richmond, VA 23227

Tyshauna Denise Rose-Parker
3018 Fielding Road
Colonial Heights, VA 23834

Valerie Miles
2603 Harold Ave
Richmond, VA 23223

William Hill
5200 Farmcrest Hill circle
Prince George, VA 23875

William S Morris
509 Mosby Street
Richmond, VA 23223

Willie Koger
5807 Gloryvine Court Apt205311
Richmond, VA 23234

Wyteshia Jennings
3902 Bedford Street
Henrico, VA 23231

# United States Bankruptcy Court
### Eastern District of Virginia

In re   **OneSource Community Mental Health Services of Virginia, Inc.**

Debtor(s)    Case No.

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **OneSource Community Mental Health Services of Virginia, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Stephen Parson, Jr**
**9120 Cardiff Road**
**Richmond, VA 23236**

☐ None [*Check if applicable*]

**October 24, 2024**

Date

**/s/ Christopher M. Winslow**

**Christopher M. Winslow 76156**

Signature of Attorney or Litigant

Counsel for   **OneSource Community Mental Health Services of Virginia, Inc.**

**Winslow, McCurry & MacCormac , PLLC**
**1324 Sycamore Square**
**Midlothian, VA 23113**
**804-423-1382 Fax:804-423-1383**
**chris@wmmlegal.com**